# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>OWEN DUNN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-00083-001 MMC<br>BOP Case Number: DCAN301CR000083-001<br>USM Number: 96330-011<br>Defendant's Attorney: Laura Robinson, 6114 LaSalle Ave., #216, Oakland, CA 94611 |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>General condition  and Standard conditions</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Shall not commit another Federal, state, or local crime | 3/21/2008 |
| 2 | Shall not purchase, possess, use, distribute or administer a controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician | 3/21/2008 |
| 4 | Shall not leave the judicial district or other specified geographical area without permission of the Court or probation officer | 3/8/2008 & 12/11/2008 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] The Government withdraws condition(s) <u>Charges 2 and 5</u> and the defendant is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: Unknown<br>Defendant's Date of Birth: 10/8/1973<br>Defendant's USM No.: 96330-011<br>Defendant's Residence Address:<br>U.S. Marshal Service<br>Defendant's Mailing Address:<br>U.S. Marshal Service | January 20, 2010<br>Date of Imposition of Judgment<br><br>*/s/ Maxine M. Chesney*<br>Signature of Judicial Officer<br>Honorable Maxine M. Chesney, U. S. District Judge<br>Name & Title of Judicial Officer<br>January 22, 2010<br>Date |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | OWEN DUNN | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-01-00083-001 MMC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Sixteen (16) months .

To run concurrent with sentence imposed in case CR-08-0889 WHA.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[x]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___ .
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___ .
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   Deputy United States Marshal